Abdur-Rahman:Nelson-Bey
%:AB5948 CS 257
NFCF 1605 East Main Street
Sayre, Oklahoma [73662]
without prejudice ucc 1-207
Sui Juris


FILED
JAN 03 2012
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA.
BY _____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT WESTEREN DISTRICT FOR OKLAHOMA

Abdur-Rahman:Nelson-Bey, et.al. CIV-12-008 HE

and on behalf of all Muslims
Similarly Situated. Plaintiffs

VS.

B. Barton. Grievance Coordinator.
Correction Corporation of America
Fred E. Figeroua Warden. eT.el
Patrica MaCumber. library Custodian
Ms. West Library librarian
Mr. Griffin. Assitant Kitchen food Director

) CIVIL RIGHTS COMPLAINT
) PURSUANT TO 42 U.S.C.§1983

## I. JURISDICTION & VENUE

1. This is a Civil rights Complaint action authorized by 42.U.S.C Section 1983 to redress a continious pattern of deprevations under color of authority of rights secured, by the Constitution of the United States of America. The Court has jurisdiction under 28 U.S.C. Section 1331 & 1343 (A)(3). Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 & 2202. Plaintiff Claims for injunctive relief are authorized by 28 U.S.C. section 2283 & 2284 & Rule 65 F.R.C.V.P.

2. The United States District Court for Oklahoma is the appropriate venue under 28 U.S.C Section 1391(b)(2) because it is where the events giving rise to these claims occurred.

## II
## PLAINTIFF

3. Plaintiff Abdur-Rahman Nelson-Bey is a California state prisoner in the custody of the California Department of Corrections and Rehabilitations. He is currently confined in California out-of-state prison Northfork Correctional Facility, Operated, and Controlled by Correction Corporation of America in Sayre, Oklahoma, herein mentioned "CCA" "NFCF".

## III
## DEFENDENTS

4. Defendent CCA is legally responsible for the overall operation of Northfork Correctional Facility and each out-of-state facility under its jurisdiction via Contract. 10 Burton Hills Blvd. Nashville TN. 37215

5. Defendent Fred E. Figeroua is the warden of Northfork Correctional Facility and is legally responsible for the operation of the "NFCF" and for the welfare of all the inmates at "NFCF." 1605 East Main Street Sayre Oklahoma 73662

6. Defendent B. Barton Grievance Coordinator is responsible for handling grievances, filing and responding. NFCF 1605 East Main Street Sayre, Oklahoma 73662.

7. Patrica Macumber is legally responsible for the opperation of the law library. Defendent. NFCF 1605 East Main Street Sayre, Oklahoma 73662

8. Mr. Griffin Assitant Kitchen food Direct is responsible for the opperation of the overall feeding of inmates, and opperation of the Kitchen. Defendent NFCF 1605 East Main Street Sayre, Oklahoma 73662

9. Ms. West Defendent is responsible librarian. NFCF 1605 East Main Street Sayre Oklahoma 73662.

## EXHAUSTION OF AMINISTRATIVE REMEDIES

CCA has abolished its Grievance procedure, which seem to Avoid liability see Exhibit (F). The Plaintif has used the California procedure that is not applicable to CCA's Employees nor It self. Form 22 is a request form, and a 602 is a grievance form for California imates housed in California see Exhibit G. Plaintiff has tried to use the California procedure to comply with the Prison ligitgation act of 1995 42 U.S.C. §1999e(a), but California highest and lowest level has stated that even their procedure is not the proper form leaving Plaintiff without the possibility to obtain an administraive remendy see filed class action 602 Exlibt G. Plaintiff exhausted his remedy here with a conversation on all issues on 4/18/2011 in response to the form 22 request which were all denied.

## CLAIM I.

Violation of plaintiff's First Amendment Constitutional rights and 42 U.S.C § 2000cc et.seq. Religous Land Use Institionalized Persons Act herein mentioned "RLUIPA". Denial of the right to free religous exercise.

## STATEMENT OF CLAIM I.

On March 5, 2009, The plaintiff was involuntarily transferred and recieved here at Northfork Correctional Facility, a California out-of State prison, run and controlled by Corporation Corrections of America, and it supervisor/Warden Fred E. Figeroua.

On or about March 7, I attended an introduction to the prison "Orientation" I personally addressed Fred E. Figeroua regarding our religous rights as Muslims in regards to worship, religous material, religous identity the ability to wear Kufi's as a sincer religous pratice, and Halal meat diet. He stated all this will be provided except the wearing of any religous headgear out-side of the worship area.

Plaintiff explained to the Warden Fred E. Figeroua that the meals he was being served were all un-Halal meat based meals After informing intake-of my need of a religous Halal meat diet as provided for California inmates. He suggested I get with the chaplin. but made no attempt to fix the problem.

The Plaintiff got with the chaplin on or about 4/1/10 after being released to a regular program unit from orientation unit, and requested to be placed on the halal diet list. The Chaplin informed

the plaintiff that "CCA" does not provide Halal meals, only vegie and Kosher for jews. I then informed the chaplin Mr. Wright a "Christian" that to denie me an Islamic Halal diet violates my Constitutional and Federal rights. He informed me the Plaintiff that, he had no Controll and contacted the warden. The answer he recieved from the warden Fred E. Figeroua, a Confirmination that "CCA" does not provide such meals, Although Halal meat diets are sereved to other California inmates pursuant to 15 C.C.R 3054.3 which states: "Religous meat alternates (meat that has been certified as halal shall be available at all institutions". This includes California out-of-state prison, but to my dismay I was deliberately deprived of my right to have an Halal meat diet

I was forced to not only modify, but also betray my religous beliefs and settle for a non-meat base meal "vegie diet", not consistant with Plaintiff religous beliefs. The vegie meals were so oppressive, non-nutrious, inadequate and disporporciante and cold served with nothing but un-real cheese, penutbutter boiled eggs unseasoned noodles, plaintiff became so constitpated that on 7/11/10 plaintiff was perscribed milk magnesia after not being able to use the bathroom and have a proper bowl movement, and when plaintiff did it was so hard that, on several occassions it caused bleeding and sever pain.

I, requested to be removed from the diet, but the doctors told me, since it was authorized by the chaplin he had to remove me from the diet. Plaintiff explained to the doctor that I made the request on 7/4/10 but did not recieve a reponse, she said she would note it.

On 7/14/10 I, the plaintiff recieved the request that I was taken off. The plaintiff was then forced to completely violate his religous beliefs and consume un-halal meat just to not starve or become severly constipated and be subjected to a cruel tasting

medicine. See Exhibit (a). By consuming un-halal meat under force, I sufferd from mental stress and mental anguish do to the fact that To consume such meat is a direct violation of my religous belief and central tenet of my religous principle. (see Exhibit (B) for guidelines for establishing a partial halal kitchen in prison system, from IFANCA Experts in halal implementation.)

On or about 8/28/10 the plaintiff requested to be placed on a Kosher Jewish meal diet, because Muslims are allowed to eat the food of Jews, holding that they slaughter according to the laws of their religous book. The Plaintiff was discriminately denied and told by the Warden Fred E. Figeroua and Chaplin Wright, that I could not be accommadated with a Kosher meal. On 8/28/10 I filed a grievance 1st level grievance which B. Barton said could not be filed, because of abusive language see Exhibit (c)

On or about 9/3/10 plaintiff filed the 2nd level grievance but again the grievance was never filed pursuant to 15 C.C.R 3084.7(a)(1) which states that "When circumstances are such that the regular appeal limits may result in a threat to appellant's safty or cause other serious or irreparable harm, the appeal "shall" be processed as an emergency appeal." Which clearly demanded that he file the grievance. Subsequently nothing was done I was still denied my religous halal diet. see exhibit (D) for a total of six month plaintiff was deliberately and intentionaly deprived of his Constitional rights to be accommadated with an halal meat diet. By such failure to file grievances B. Barton the grievance coordinator has helped in a conspiracy to deprive Plaintiff of his religous rights under the First Amendment and RLUPIA 42 U.S.C. §1983 §2000cc et. seq. Denial of a religous meal and the usuage of my Muslim name see Exhibit (E), and has denied the Plaintiff the right to a redress of grievance protected by the First Amendment.

## CLAIM II.

Subjected to Cruel and unusual Punishment for for religous practices in Violation of The Eighth Amendment to the United States Constitution, and Continuous First Amendment and "RLUIPA" 42 USC 2000cc.

## STATEMENT OF CLAIM
## II

Because of the extreme volume of Complaints from the whole Muslim Community here at "NFCF" alleging Violations of our right to a religous halal diet. On or about 10/2010, CCA through its Warden Fred E. Figeroua, a religous halal meat was served, with dinner only.

I, was placed on the diet list, but to my dismay, the meals were worst. They consist of two vegie meals one for breatfast and one for lunch, hard cheese, peanut butter, all Constipational. The Warden stated that Muslims will only be served meat once a day. The meals are served cold, gurel put together, with inadequate portions, half cooked unseaoned noodles, of no nutrious value, the warden and CCA are aware of such cruel and unusal punishment but deliberately fails to fix these deplorable conditions.

By participating in this cruel and unusal religous diet program the plaintiff is also denied the right to purchase halal meat through canteen or any other halal products.

The Warden has also denied the plaintiff this right as well, futher extending his cruel and unusal punishment to Muslims here at "NFCF" and has denied the right to a wholsome complete halal diet which is serving meat in all three meals just like other religons such as Jews and the general imate population who recieves all the rights freely. This also violates the Equal Protection Clause.

The Plaintiff because of such cruel and unusal meals recieved on 4/20/11 Milk Magnesia and the doctors explained that if I stayed on such diet the milk magnesia would cause me to not have a healty bowl movement. The meals are so cruel and unusual even Chaplin Michelson who have tried very hard to change this said he would'nt even eat such meal and showed the kitchen management, who reiterated that thats what CCA provides and nothing else, Mr. Griffin.

On or about 2/27/10 plaintiff requested another grievance to try all over again, but was informed by staff that the grievance pursuant to CCA policy see Exhibit (F) was no longer being used, and was handed a State of California CDCR Form 22 request form, I used the form according to it's rules see Exhibit (G) which requires a response in 7 days from a superior officer. That response also was never answered.

On or about 4/16/11 Plaintiff questioned warden regarding his response on or about 4/16/2011, He Fred E. Figeroua stated: "You are scheduled for a personal meating with my self in the Chapel. On 4/20/2011 at 1:pm. Exhibit (H) plaintiff and another Muslim inmate named ERIC DOTSON, because we both represent the Muslim community here. Warden Fred E. Figeroua , Chief Werner, accommpained by B. Borton the grievance coordinator, and said these are last instructions to you and take heed (1): All your request are denied, and this form 22 is for California not Oklahoma. When I asked then what can I do since you don't have a grievance procedure He said "I don't Know". (2) You eat what ever we feed you, your an inmate. (3) Stop bodering us with the grievances you should stop. (4) You Cannot use your Muslim name here. I asked Warden Fred E. Figeroua, is it a policy of CCA to denie muslims our religous rights and to subject us to cruel and unsual punishment for doing so or requesting to be accommanadated he stated "look were done here now go back to your unit.

to date the plaintiff is still suffering and the warden Fred E. Figeroua and CCA are not only practicing and instructing such cruel and unusual common practices, but are also discriminate against the plaintiff and other Muslims seing that we are the only ones being targeted. Plaintiff filed a CDCR 602 class action to the highest level and see exhibit(H).

Mr. Griffin assitanct food service director, has been personally involved with the conspriacy to subject to cruel and unusual punishment, denying Muslim wholesome nutricious diets, by serving gruel mushup meals to Muslims plaintiff and other Muslims have been complaining but nothing being done. On 11/8/11 plaintiff grieved again, because of being denied a wholesome diet. See menue for inmate serving. Exhibit(M). Muslims have not been recieving anything on this menue, our food is completely different from what the rest of the imate population are recieving, and are completely denying the Muslims fair treatment and, subjecting us to curel and anusal punishment. See Exhibit(N).

The plaintiff and other Muslims are being starved deprived of constitutional right, discriminated against, and subjected to cruel and unusual punishment. The warden are aware of these fact and fails to correct these problems. Chaplin Michaleson has exhausted him self trying to chang our condition, but even he has had no avail. We have also been denied the rigt to have a Muslim prepare our Islamic halal diet futher demonstrating discriminating, and subecting us to cruel and unusal punishment.

## CLAIM III.
### Denial of Access to the Courts, and Denial of legal Services Do to religous discrimination for Using His Muslim name

Plaintiff has and is still being denied adequate, effective meaningfull access to the courts. CCA and it's conspiring warden

and has failed to hire trained library staff to provide legal assistance to inmates with legal deadlines, and thoes who wish to challenge their convictions, prison condition or present claims for violations of Constitutional deprevation. It also fails to provide physical access to law library during lock down and allows its untrained personal acting under color of authority to denie plu status or take so long to grant plu (priority library use) that when granted it is so close to the deadline that inmates are given no choice but to file inadequate non-effective or futile claims. To prove these facts: Plaintiff has suffered actual harm because of these Constitutional deprevation in his custody matter. Where because of not being able to file a response to his divorce matter has subjected the plaintiff to lost of the custody of his children and denied physical contact, and only visitation. See exhibit (J) Plaintiff will also suffer imminet harm to his criminal conviction do to being denied library access due to his deadline to file a writ of habeas corpus by Jan. 11 2012. Ms. West an unexprienced law librarian has conspired with her boss in deming my access stating that "it is not 30 days from the deadline", so plaintff has only 30 days to study the habeas corpus procedure, case law, and filing the application without adequate legal help, not even from a jailhouse exprienced lawyer. See exhibit (K) Ms. West and her conspiring boss Partica Macumber has denied plaintiff access to law library because of the usuage of his Muslim name, and has taken their orders directy from the Warden Fred E. Figeroua acting under color of authority the name Wendell Nelson is religously offensive to me and continuusly reminds the plaintiff of slavery of my Moorish forefathers.

Plaintiff Contends the following: (1) That he and other Muslims are deprived of Const. rights by defendent "CCA" for failure to provide wholsome halal meals, and Fred E. Figeroua Conspiring to deprive Muslims of our First Amend. right to freedom of religous exercise.

(2) Placing a substanial burden by serving a Partial halal meal, meat one a day, diberate indifference and Cruel and unusal punishment, by Fred E. Figeroua, and Kitchen Personal/Manaagement, under his wellfare.

(3). CCA and Conspiritor Fred E. Figeroua denial of religous exercise to allow the using of his Muslim name.

(4). B. Barton has Conspired to allow the usuage of plaintiff's Muslim name and conspricay to cover up such deprivation by not filing grievances. obstruction of Justice.

(5) CCA and its Cospirtor Fred E. Figeroua has failed to provide adequate, effective access to the Courts, by hiring un-trained library staff to handle legal matters for the inmates under his wellfare.

(6.) Patrica Macumber Conspiring to deprive plaintiff to access to the Courts and he Conspiring librarian Ms. West has caused actual harm in his divorce matter and is posing imminent harm to plaintiff's criminal matter # SaoG9061.

(7) Patrica Macumber and California Out-of-state Correctional Facility and Ms. West has all considered to denie the plaintiff the rigt to use his Muslim name for requesting important services connected to law libray.

All defendents have conspired to place substantial burden on plaintiffs religous exercise. All defendents are sued in their individual and offical capacities.

## Prayer for Relief

Wherefore, plaintiff request that this honorable court grant the following relief:

A.) Issue declaratory judgement that all defendents violated the united states Constitution when they:

1.) CCA and Fred E. Figeroud denied the plaintiff his religous halal diet for a total of six months, and denying plaintiff and other Muslims complete halal mea
2.) Subjected plaintiff to cruel and unusal punishment and other Muslims
3.) Treated plaintiff with intentional deliberate indifference
4.) Denied plaintiff to use his Muslim
5.) Denied plaintiff the right to access the courts when it caused actual injury and is causing imminet harm to plaintiff's criminal conviction.
6.) Subjected plaintiff to physical injury
7.) Subjected to emotional distress, mental distress and mental anguish.
8.) that defendents conspired to violate his federal rights by refusing to correct these violations.
9.) Kitchen management are physically denying the plaintiff and other Muslims a nutrious blanced meal, consistant with our religous beliefs
10. Denying Muslims the rigt to wear Kufi Islamic headdress

B) Issue an injunctive order that defendents refrain from continuing these unconstitutional acts and to refrain from not
1. allowing plaintiff and other Muslims to be allowed to wear Islamic headdress, the usuage of Muslim

and to be identified by our Moorish Muslim nationality, not as blacks, name and the wearing of his Islamic Kufi which are his sincere belief and practice, and be able to buy halal products from Muslim vendors.

C.) Charge the defendents for the cost of the suit

D) Grant compensatory damages in the following amount to plaintff

1.) 50,000 against defendent Correction Corporations, for being the cause of plaintiff actual injury to his health.

2.) 50,000 for denying plaintiff his First Amend. rights depriving him of an Islamic halal meat diet for six month period.

3.) 50,000 for defendent Fred E. Figeroua personally carring out "CCA's" Constitutional deprivations in concert and conspiracy.

4.) 50,000 for emotional and mental distress

5.) 50,000 for deliberate indifference.

6.) 100,000 for cruel and unusual punishment, pain and suffering.

7.) 10,000 dollars for deliberate indifference and denial of religous rights.

8.) 10,000 dollars against B. Barton conspiracy

9.) 10,000 dollars against Patricia Macumber conspiracy

10.) 10,000 dollars against Ms. West conspiracy

E.) 20,000 dollars Mr. Griffin

F.) 20,000 dollars punative damages each defendent

G.) Grant such other relief as it may appear the plaintiff is entitled to, or as the court just, proper and equitable.

Pursuant to 42 U.S.C. §1746, we declare under penalty of perjury that the foregoing is true and correct.

Date: 11/20/11

Respectfully

Abdur-Rahman: Nelson-Bey
Secured Party/Creditor of inmate
Wendell-Terry-Nelson© UCCI-207
Holder in due-course

Sig. _____
Erick Dotson K79275

Sig. _____
Muhammad Ali G-37760

sig. _Shawntay Allen without prejudice_
Shawntay Allen F11041

sig. _____ without prejudice
Vincent Wright F-84205

Sig. _____
Damian Siebert V-88788

Sig. _____
Leonte Bolton T-28714

Sig. _____ T51609
Eugene Nix T51609