# NORTH FORK CORRECTIONAL FACILITY
## REQUEST TO STAFF

TO: Chaplin                                                    DATE: 7/4/10
   (List Name of Staff and/or Position)

FROM: Wendell-Terry-Nelson     Ab5948     FN 224/10u
    Inmate Name (Printed)          Inmate Number          Housing

SUBJECT: Vegie diet

REQUEST: Please remove me from the vegie diet immediatly. The head of the Kitcen have been violating the Nutricional standerd by filling my lunch and dinner with nothing, but fake cheese. Please remove me

Inmate Signature: VCCI-207 Wendell Nelson

STAFF RESPONSE: Taking you off sir.

STAFF SIGNATURE: Chaple Wright     DATE: 7-14-10

THIS IS NOT A GRIEVANCE FORM
1-100A     Property of Corrections Corporation of America     Revised: 10/06/08
                                                               Request to Staff

*MR. DeRosa*
*EXHIBIT*
*(B)*



# GUIDELINES FOR ESTABLISHING A PARTIAL HALAL KITCHEN IN PRISON SYSTEM

## 1. Background:

The Islamic requirements of Halal are based upon the teachings of the Quran and the Sunnah of Prophet Muhammad. The Quran is the holy book of Islam, which was revealed to the Prophet Muhammad. The Sunnah is a supplement to the Quran that includes information about the life of the Prophet Muhammad, as well as his sayings and deeds. It is considered the second source of Islamic law.

Halal is an Arabic word meaning "allowed" or "lawful". Muslims are permitted to consume only Halal food. Food is considered Halal if it does not comprise of Haram (prohibited) items, or does not get contaminated with Haram items or if it is not prepared as prescribed.

Under Islamic law, six categories of food have been designated "haram", i.e., prohibited for Muslims: 1) meat of dead animals (carrion); 2) pork and all products derived from pigs; 3) blood; 4) food dedicated to false gods; 5) intoxicants; and 6) carnivorous animals with fangs and birds of prey. Eating these in any form is not permitted for Muslims, unless one is afraid of starvation and feels it is a necessity in order to survive.

Halal products contaminated during production, processing, preparation and/or serving food, with any of the Haram items also become Haram, when one is aware of such contamination. Additionally, there are strict requirements for making the meat of permitted animals Halal. The animals have to be slaughtered by a Muslim in a prescribed Islamic manner.

## 2. Procedure for making partially Halal kitchen:

When Halal foods are prepared in the same kitchen as non-Halal foods, either at the same time or on a batch basis, certain precautions must be taken. All food preparers, stockers, and handlers must be instructed in these precautions. If at any time, the integrity of the Halal food is compromised, it will be rendered non-Halal and must not be served as Halal. The following are key elements for a Halal kitchen:

**2.1. Food supplies** – all supplies must be Halal, certified by an authentic Islamic Halal certifying organization, wherever practical

**2.2. Food storage** – Halal items must be isolated from non-Halal ingredients and products

**2.3. Preparation** – food should be prepared in a way to prevent cross contamination from non-Halal items

**2.4. Utensils** – Halal designated utensils should be used wherever practical, and isolated from non-Halal foods to prevent contamination

**2.5. Supervision** – A Halal kitchen must be supervised by a recognized Islamic organization or Muslim Chaplains.

### 2.1. Food Supplies

All supplies for Halal meals must be Halal. Meat and poultry products must be slaughtered in the Islamic way, often referred to as Zabiha. Zabiha means slaughtered by Muslims according to Islamic requirements. It is preferred that all supplies be certified Halal. Most of the common food products contain either doubtful or haram ingredients. The procurement office must look for the ones which do not contain any such food products which contain doubtful ingredients.

### 2.2. Storage

Halal supplies should be stored in separate cabinets, bins, and storage vessels to prevent contamination with non-Halal food. Items that are dry should be stored in sealed containers. Liquids or wet items should be stored in leak proof containers, which prevent other liquids from accidentally mixing with them. They should be clearly labeled as Halal to prevent confusion or contamination. It is preferable to have the items marked "Halal". For refrigerated items, it is preferred they are stored in Halal designated refrigerators with no non-Halal products. If stored in mixed refrigerators with non-Halal products, Halal items must be stored in sealed containers on the top shelves, with no non-Halal items stored in shelves above them.

### 2.3. Preparation

To maintain the Halal integrity of the food, Halal meals must be prepared in clean equipment. The equipment should be designated for Halal preparation and no other meals should be prepared on this equipment. If this is not possible, Halal meals should be prepared first, on equipment and with utensils that have been recently cleaned, or cleaned and stored in sanitary storage, away from any non-Halal items. They should not have been used for any other preparation after being cleaned. It is preferred that Halal foods are cooked on/in designated Halal ovens. If cooked on/in common ovens, Halal foods must be cooked first, on just cleaned ovens, and then isolated from any non-Halal items. Warmers for Halal foods should not be used for non-Halal foods, especially pork products.

Food preparers can contaminate food in a number of ways, including 1) by using the same food steamers to prepare pork products and non-pork products, such as rice, simultaneously; 2) by handling pork products and then preparing food which would otherwise be Halal, without washing their hands with hot water and soap; 3) by storing pork products and Halal products in food warmers, stacked in such a way that pork drippings leak from one pan and drip onto the Halal dish, 4) by cooking food in kettles or pots that had previously been used to cook non-Halal food and had not been scrubbed with hot water and soap between uses; and 5) by cooking food in ovens in which pork drippings had spilled and not been cleaned properly.

Food preparers should be sure not to work on both Halal and non-Halal items at the same time. Hands and utensils must be thoroughly washed before working or touching Halal food items or ingredients. If during the preparation of Halal foods, one touches non-Halal items, intentionally or by accident, they must wash their hands and utensils thoroughly before returning to work on the Halal food items. Preparers should avoid allowing clothing, aprons, etc. to come in contact with Halal foods and ingredients. It is recommended that certain aprons be designated as Halal use aprons and used exclusively when preparing and serving Halal food items.

### 2.4. Utensils

Cooking and serving utensils for Halal foods should be thoroughly cleaned before use and no non-Halal items should be cooked in or come in contact with the utensils throughout the preparation process. It is preferred that all food items be Halal when Halal meals are served. If not, serving utensils used for Halal meals should not be used for non-Halal meals and vice versa. It is better if Muslims are allowed to prepare the Halal meals.

Contamination may also occur on food distribution lines, in various ways, including 1) when utensils used to serve the pork dish are also used to serve food which would otherwise be Halal; 2) when pork and Halal dishes are placed next to each other on the serving line and pork drippings spill into the Halal dish; 3) when food is served on dishes that contain residue from earlier pork meals because the dishes were not properly washed; and 4) using common dish waters for Halal and non-Halal serving dishes. Paper and plastic disposable utensils may serve the purpose better to avoid any problems.

### 2.5. Halal Supervision

Halal food preparation is a matter of commitment to one's faith. It is imperative that Halal food be prepared under the supervision of individuals knowledgeable in Halal food regulations and food preparation techniques. The department may acquire the services of a third party Islamic organization to approve the kitchen, help in purchasing the Halal supplies as well as supervise the preparation of Halal meals. It may also assign the responsibility to Muslim chaplaincy with the department.

### 3. Special Occasions:

For Muslims there are three special holidays during a lunar calendar year.

**3.1. Fasting** – Fasting during the month of Ramadan

**3.2. Eid ul Fitr** – Feast after fasting

**3.3. Eid ul Adha** – Feast of sacrifice

### 3.1. Fasting

Most Muslims observe fasting for 29 or 30 days (Lunar month) by eating first meal before dawn and eating second meal after sunset. For the people who would like to fast, a provision should be made to adjust their meal patterns during this month called Ramadan.



This occasion is not similar to Passover for Jews, so additional restrictions about the type of food allowed, do not apply. The food that is good year round is good during the month of fasting. However, it is customary to end the fast each day with dry dates.

### 3.2. Eid ul Fitr

At the end of the month of fasting Muslims celebrate with special prayers and food that includes treats.

### 3.3. Eid ul Adha

About 70 days after Eid ul Fitr, Muslims celebrate feast of sacrifice to commemorate Prophet Ibrahim's tradition of sacrifice. Most families in the USA sacrifice a lamb or goat etc. and give away one third of the meat to the needy and less privileged.

Participation in these occasions although not obligatory is highly recommended. It certainly would be a morale booster in an environment where purpose of confinement is correction rather than punishment for the sake of punishment.

## 4. Conclusion:

It is prohibited for Muslims to eat food that contaminated, if they are aware of the contamination.

Foodservice kitchens that produce non-Halal food are capable of producing Halal food. In order to do so, the kitchen should maintain certain pots and utensils that are not used to cook or store non-Halal food. In addition, where non-Halal food in prepared in the Kitchen, the Halal food should be prepared first, while the kitchen is clean. The kitchen may also supplement Halal meals with many items commonly found in any grocery store, such as bread, cereals, fruits and vegetables which require no preparation. Finally, the kitchen may serve Muslims their meals on disposable plates with disposable utensils to avoid cross contamination where dishes and utensils may not have been completely cleaned.

## 5. Point of Contact:

Dr. Muhammad Munir Chaudry
*President*

Further inquiries may be addressed to IFANCA at:
Tel: 847-993-0034
Fax: 847-993-0038
Email: comments@ifanca.org
Website: www.ifanca.org

*1st Amendment to the United States Constitution for the Americas* **EXHIBIT (C)**

# CDCR INMATE INFORMAL RESOLUTION FORM

**TO BE COMPLETED BY CDCR INMATE:**

Date: 8/28/10

Wendell Nelson

Name (Print): Abdur-Rahman:Nelson-Bey ex rel Wendell-Terry:Nelson Jr Non-Corporate entity
Last Name / First Name / Middle Initial

Number: c/o AB5948  Housing Assignment: Fox North 224

Description of issue, problem, and proposed solution:

There has been a continuous pattern of criminal and civil rights violation against Muslims here at Northfork Correctional Facility, principally administered by F.E. Figeroua and other ruthless tort feasing staff members including the Christian chaplin who assumes a religious tyranny over Muslims. I/we have suffered harassment, religious prosecution by being subjected to ~~some~~ denial of the halal religious diet or the Jewish diet that is recognized by our religious Creed. Our Holy Book the commandment by Allah, commands us to eat good lawful meat and we are only allowed to eat unlawful meat from non-muslims, Non-Jews, and ~~practicing~~ non-practicing christians who follow the Jewish dietary laws, if forced to do so, which You F.E. Figeroua and others are subjecting us to ~~by denial of these religious meals, and are~~ torts under law of the United States of America. You F.E. Figeroua have also violated our religious freedom, from practice of our Holy Month Ramadan, which was peaceful, and not the reason for institutional lockdown

Attach additional pages, if necessary.    see notice of intent

**FOR STAFF USE ONLY:**

Date received from CDCR inmate: _____

Name of staff member conducting informal resolution process: _____

Date response due to CDCR inmate: _____

Date and time initial meeting held with CDCR inmate: _____

**Additional information received from initial meeting:**

_____
_____
_____

**Names of staff members involved with the CDCR inmate's issue:**

_____
_____
_____
_____

Morocco

Distribution:  09/09/08
Original: Facility Grievance Officer
Copy: CDCR Inmate
Copy: COCF Appeals Coordinator




EXHIBIT (1)

**CORRECTIONS CORPORATION OF AMERICA**

# MEMORANDUM

TO:    CDCR INMATE **Wendell, Nelson** DOC #AB5948

HOUSING UNIT AND CELL NUMBER: FN224

FROM:  B. Barton, GRIEVANCE COORDINATOR
DATE:  *September 6, 2010*

## RE: RETURNING YOUR GRIEVANCE FOR THE FOLLOWING REASON:

**YOUR GRIEVANCE IS NOT A GRIEVABLE MATTER PER TITLE 15 3084.2 and 3084.3. YOU CAN NOT RESUBMIT ON THESE ISSUES:**

1. _____ Sate and Federal court decisions;
2. _____ Sate and Federal laws and regulations;
3. _____ Final decisions on grievances;
4. _____ Contracting agency (BOP, ICE, state department of corrections, etc) policies procedures, decisions, or matters (i.e., institutional transfers, parole and probation decisions, etc.);
5. _____ Disciplinary actions, CDCR Inmates use the 602 Inmate appeal process;
6. _____ Grievance has exceeded the time line;
7. _____ Grievance cannot be filed on behalf of another inmate;
8. _____ Grievance includes inappropriate statements, false information, profanity or obscene language;
9. _____ Emergency Grievance has been forwarded to COCF in accordance with procedures;
10. _____ Grievances that are prematurely forwarded to the Warden will be returned without review;
11. _____ Grievances against CDCR/COCF, follow 602 Inmate appeal process;
12. _____ Grievance has been addressed prior to and is awaiting an anticipated action or decision;
13. _____ You have refused interview or failure to cooperate;
14. _____ Grievance is obscured by pointless verbiage or voluminous unrelated documentation;
15. _____ Other (See Memo)

**INMATE MAY RESUBMIT WITHIN TWO (2) DAYS.**

1. _____ Grievance filed on forms other than 14-101A or 14-101 B;
2. _____ Must be signed and dated by the inmate;
3. _____ You have failed to send your Informal Resolution through the Facility Mail to the Medical Department;
4. _____ Your requested action does not address this issue;
5. _____ The complaint does not raise a significant issue concerning rules. Policies, and/or procedures, which CA has control;
6. _____ This complaint must be specific as to the facts (dates, places, personnel involved and how your were affected, etc.);
7. _____ Grievance is incomplete, you have not attached the Informal Resolution or other proper documents to support your Grievance;
8. __X__ You have failed to first informally resolve, (place your 14-101A in the Grievance box for processing);
9. _____ Other (Specify) **MEMO ATTACHED**

Do not remove this page, copy to your Inmate file.



**CORRECTIONS CORPORATION OF AMERICA**

North Fork Correctional Facility
1605 E. Main
Sayre, Oklahoma 73662
Phone: 580/928-8200
Fax: 580/928-9282

## MEMORANDUM

TO: **Wendell, Nelson** DOC #AB5948

FROM: B. Barton Grievance Coordinator

RE: Detail of returned Informal Resolution or Formal Grievance

    Your grievance is being returned to you because it does not meet the criteria of an emergency per Title 15 3084.7 (a)(1) which states that "When circumstances are such that the regular appeal time limits may result in a threat to the appellant's safety or cause other serious or irreparable harm, the appeal shall be processed as an emergency appeal."

    Per our earlier conversation I will speak with Chaplain Michaelson and ask him to get in contact with you so that your issue can be addressed.

Do not remove this page, copy to your Inmate file.

Grievance Number: _____          14-101B

## CDCR INMATE FORMAL GRIEVANCE FORM

Date: 9/3/10

Name (Print): *Abdur-Rahman: Nelson-Bey*
excel Wendell-Terry: Nelson Jr
Last Name / First Name / Middle Initial

Non-corporate entity
All rights reserved UCC1-207

Number: _____ Housing Assignment: _____

INFORMAL RESOLUTION ATTACHED (Not required for an emergency grievance)? ☐ YES ☒ NO

**GRIEVANCE CATEGORY (CIRCLE ONE):**

| | | |
|---|---|---|
| 1. Facility Staff | 8. Dental Services | 15. Housing |
| 2. Access to Legal Materials | 9. Mental Health Services | 16. Laundry |
| 3. Denied Access to Informal Resolution/Grievance Process | 10. Trust Account | 17. Recreation |
| 4. Reprisal for Using Informal Resolution/Grievance Process | 11. Commissary | 18. Visitation |
| 5. Safety/Security | (12.) Food Service | 19. Programs-education, work, religious, etc. |
| 6. Sanitation | 13. Mail | 20. Violations of federal or state regulations, laws, court decisions (i.e. ADA or Constitutional rights) |
| 7. Medical Services | 14. Intake | 21. Other |

**STATE GRIEVANCE:** (Include documentation, witnesses, date of incident, and any other information pertaining to the grievance subject. Attach additional pages if necessary).

I submitted an application through the (new christian chaplin), but the old Christian Chaplin denied after the warden said that any muslim who wanted to recieve a Kosher diet could. I am believing Muslim who follows his creed religiously. The eating of unslaughter meats is not permissible for muslims to eat, and since NFCF does not comply with the new amendment to title 15 in regards to Halal meals the only religous permissible is the Jewish Kosher diet because they follow the same religous slaughtering as we are commanded to. If I am forced to continue to eat non-permissible meat, which by force causes me to violate my religous creed and principles protected and guaranteed by the 1st Amendment to the Organic Constitution for the united States of America I will be forced to bring a claim under the Religous Freedom Restoration ACT 42 USC 2000(e) §1983. I was previously on a religous diet "Vegie", but vegie is not an Islamic diet "we are meat eaters" and after doctor orders I was removed do to an over amount of served chese which caused a major bowl movement problem (7-11-10).

**REQUESTED ACTION:** (Attach additional pages if necessary)

To be immediately given religous equal treatment to a religous diet in complience with my religous creed, Kosher meat since Halal meals are not offered here at NFCF.

CDCR Inmate Signature: _____  Date Submitted: 9/3/10

without prejudice UCC1-207

Distribution:                                Page 1 of 2                      09/09/08
Original: Facility Grievance Officer
Copy: CDCR Inmate
Copy: COCF Appeals Coordinator